**Dismissed and Memorandum Opinion filed February 11, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00579-CV

---

## ALEX NGUYEN, Appellant

### V.

## VETERANS AUTO REPAIR CENTER, Appellee

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1025761**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 24, 2013. The clerk's record was filed July 23, 2013. No reporter's record was filed.

On December 9, 2013, appellant filed a brief that was not in compliance with the Texas Rules of Appellate Procedure. See Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k). On January 23, 2014, we ordered appellant's brief filed December 9, 2013, stricken. Appellant was ordered to file a brief that

complied with the Texas Rules of Appellate Procedure within ten (10) days. See Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k).

Appellant was informed that if he filed another brief that did not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. See Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution.

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.